IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOOD BANANA, LLC, | Case No. 3:20-CV-1368 |
| Plaintiff, | October 6, 2020 |
| v. | |
| BML REC, LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendant, BML Rec, LLC.

Dated: October 6, 2020                              Respectfully submitted,


/s/ James K. Robertson, Jr. ct05301/
James K. Robertson, Jr. (ct05301)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636
Facsimile: 203-575-2600
jrobertson@carmodylaw.com

*Attorney for Defendant
Cardinal Health Inc.*

{N5716467}

## **CERTIFICATE OF SERVICE**

      This is to certify that on this the <u>6th</u> day of <u>October</u>, 2020, a copy of the foregoing was filed electronically with the Clerk of the U.S. District Court using the CM/ECF system, which sent notification of such filing to all CM/ECF participants. In addition, a copy of the foregoing will be served on the following by e-mail (where available), or first-class mail, postage prepaid.

    Patrick S. Tracey (CT Fed No. 28987)
    BOWDITCH & DEWEY, LLP
    101 Federal Street
    Suite 1405
    Boston, MA 02110
    Telephone: 617-757-6504
    Facsimile: 508-929-3020
    E-mail: ptracey@bowditch.com


                                          <u>/s/ James K. Robertson, Jr. ct05301/</u>
                                          James K. Robertson, Jr.