IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOOD BANANA, LLC, | Case No.  3:20-CV-1368 |
| Plaintiff, | October 6, 2020 |
| v. | |
| BML REC, LLC, | |
| Defendant. | MOTION TO DISMISS OR TRANSFER |

### DEFENDANT BML REC, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(2) and all other applicable law, Defendant, BML Rec, LLC ("BML") respectfully moves the Court to dismiss all of Plaintiff's claims against BML or to transfer this case to another jurisdictions (Nebraska). For the reasons stated in BML's accompanying memorandum of law in support of this Motion, there exists no personal jurisdiction over BML in Connecticut, and accordingly the Complaint should be dismissed on that basis or transferred to a jurisdiction in which personal jurisdiction exists, such as Nebraska.

WHEREFORE, Defendant BML Rec, LLC respectfully prays that its Motion to Dismiss or Transfer be granted, and for such other, further and different relief as this Court deems just and proper.

Respectfully submitted this <u>6th</u> day of <u>October</u>, 2020.

        BML REC, LLC, Defendant,

        By: /s/ James K. Robertson, Jr. ct05301/
           James K. Robertson, Jr.
           Carmody Torrance Sandak & Hennessey LLP
           50 Leavenworth Street
           Waterbury, CT 06702
           (203) 575-2636
           (203) 575-2600 (facsimile)
           JRobertsonJr@carmodylaw.com
       -and-
          Daniel J. Fischer, (*pro hac vice pending*)
          Gabreal M. Belcastro, (*pro hac vice pending*)
          KOLEY JESSEN P.C., L.L.O.
          One Pacific Place, Suite 800
          1125 South 103rd Street
          Omaha, NE  68124-1079
          (402) 390-9500
          (402) 390-9005 (facsimile)
          Dan.Fischer@koleyjessen.com

       *Attorneys for Defendant.*

## **CERTIFICATE OF SERVICE**

On this this <u>6th</u> day of <u>October</u>, 2020, I electronically filed the above and foregoing with the Clerk of the U.S. District Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants, including the following:

Patrick S. Tracey (CT Fed No. 28987)
BOWDITCH & DEWEY, LLP
101 Federal Street
Suite 1405
Boston, MA 02110
Telephone: 617-757-6504
Facsimile: 508-929-3020
E-mail: ptracey@bowditch.com

          /s/ James K. Robertson, Jr. ct05301/
          James K. Robertson, Jr.