IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOOD BANANA, LLC, | Case No. 3:20-CV-1368 |
| Plaintiff, | |
| v. | DECLARATION OF KERRY DOUGAN IN SUPPORT OF MOTION TO DISMISS |
| BML REC, LLC, | |
| Defendant. | |

I, Kerry Dougan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I testify to the facts set forth herein based upon my personal knowledge.

2. I used to work for BigMouth Inc in Connecticut.

3. I currently work remotely for BML Rec, LLC ("BML") as a product designer.

4. When I was hired by BML, I desired to remain in Connecticut, and I expressed that desire to BML.

5. BML accommodated my request, and permitted me to work from my home in Connecticut.

6. I have since left Connecticut, and now reside in Diamond Point, New York.

7. I currently work for BML remotely from my home at 40 Carriage Hill Road, Diamond Point, NY 12824.

8. Since I have been employed with BML, I have not been involved—in any way—with the Dream Floaties™ or Floor Floaties™ products which are referenced in Good Banana, LLC's complaint.

9. I am not, nor have I ever been, responsible for—or permitted to—cultivate a business presence on BML's behalf in the State of Connecticut.

DATED this  05  day of October, 2020.

_____
Kerry Dougan