IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOOD BANANA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BML REC, LLC, <br><br> Defendant. | Case No. 3:20-CV-1368 <br><br> **DECLARATION OF MATT FAMIGLETTI IN SUPPORT OF MOTION TO DISMISS** |

I, Matt Famigletti, pursuant to 28 U.S.C. § 1746, declare as follows:

 1. I testify to the facts set forth herein based upon my personal knowledge.

 2. I used to work for BigMouth Inc in Connecticut.

 3. I currently work remotely for BML Rec, LLC ("BML") as a product designer.

 4. When I was hired by BML, I desired to remain in Connecticut, and I expressed that desire to BML.

 5. BML accommodated my request, and permitted me to work from my home in Connecticut.

 6. I currently work for BML remotely from my home at 589 Forbes St. 2nd Floor East Hartford, CT 06118.

 7. Since I have been employed with BML, I have not been involved—in any way—with the Dream Floaties$^{TM}$ or Floor Floaties$^{TM}$ products which are referenced in Good Banana, LLC's complaint.

 8. I am not, nor have I ever been, responsible for—or permitted to—cultivate a business presence on BML's behalf in the State of Connecticut.

DATED this __06__ day of October, 2020.

_____
Matt Famigletti

2